78 F.3d 1456
 64 USLW 2627
 In re CONEJO ENTERPRISES, INC., Debtor.
BENEDOR CORPORATION, Plaintiff-Appellee,
v.
CONEJO ENTERPRISES, INC., Defendant-Appellant,
Ronald L. Durkin, Chapter 11 Trustee, on behalf of Conejo
Enterprises, Inc., Appellant.
In re CONEJO ENTERPRISES, INC., Debtor.
BENEDOR CORPORATION, Plaintiff-Appellee,
v.
CONEJO ENTERPRISES, INC., Defendant,
and
Western Waste Industries, Appellant.
 Nos. 94-56702, 94-56705.
 United States Court of Appeals,
Ninth Circuit.
 March 27, 1996.
 
 Before: FLETCHER, BRUNETTI and T. G. NELSON, Circuit Judges.
 
 ORDER
 
 1
 The opinion filed on December 6, 1995, 71 F.3d 1460, is hereby withdrawn. A new opinion will be filed at a later date.